No. 5728.   TURNER v. UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 5729.   PALMER v. FOLLETTE, WARDEN.   C. A. 2d
Cir.   Certiorari denied.

No. 5730.   THOMPSON ET AL. v. UNITED STATES.
C. A. D. C. Cir.   Certiorari denied.

No. 5733.   JEWELL v. CITY OF COVINGTON ET AL.
C. A. 5th Cir.   Certiorari denied.

No. 5734.   KALDENBERG v. UNITED STATES.   C. A. 9th
Cir.   Certiorari denied.

No. 601.   KERIAKOS ET AL. v. HUNT ET AL.   C. A. 1st
Cir.   Certiorari denied.   THE CHIEF JUSTICE, MR. JUS-
TICE HARLAN, and MR. JUSTICE BLACKMUN, for the rea-
sons expressed in their separate opinions in *Cain* v.
*Kentucky,* 397 U. S. 319 (1970), *Walker* v. *Ohio,* 398
U. S. 434 (1970) (THE CHIEF JUSTICE); *Roth* v. *United
States,* 354 U. S. 476, 496 (1957), *Jacobellis* v. *Ohio,* 378
U. S. 184, 203 (1964), *Memoirs* v. *Massachusetts,* 383
U. S. 413, 455 (1966) (MR. JUSTICE HARLAN); and *Hoyt*
v. *Minnesota,* 399 U. S. 524 (1970) (MR. JUSTICE BLACK-
MUN), would grant certiorari and reverse the judgment
below, and remand the case to the Court of Appeals for
consideration of the other issues tendered by petitioners.
MR. JUSTICE DOUGLAS took no part in the consideration
or decision of this petition.

No. 620.   HOOPER v. UNITED STATES;
No. 639.   GROOMS v. UNITED STATES;
No. 640.   HOOPER v. UNITED STATES; and
No. 5790.   WHITLOCK v. UNITED STATES.   C. A. 6th
Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the
opinion that certiorari should be granted.